IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff, | :<br>:<br>:   Court No.: 5:05-CV-157/HGM-GJD |
| v. | : |
| RAUL SALVAGNO,<br>        Defendant, | :<br>:<br>: |
| and | : |
| MORGAN STANLEY, | : |
|         Garnishee. | : |

## GARNISHEE ORDER

A Writ of Continuing Garnishment, directed to Garnishee, has been duly issued and served upon the Garnishee. Pursuant to the Writ of Continuing Garnishment, the Garnishee filed an Answer on February 10, 2005, stating that at the time of the service of the writ, Garnishee had in their possession or control personal property belonging to and due defendant, and that Garnishee was indebted to the defendant in the sum of $556.00.

On February 15, 2005, the defendant was notified of his right to a hearing and has not requested a hearing to object to the Answer of Garnishee with respect to the account in the sole name of Raul Salvagno (669-059284) or determine exempt property with respect to that account.

IT IS ORDERED that Garnishee pay the sum of $556.00 or the current value of that account solely in the name of Raul Salvagno (669-059284) plus any interest withheld as well as all additional amounts withheld from February 7, 2005 on account no. 669-059284 in the sole name of Raul Salvagno, to plaintiff, United States of America, and continue to withhold such additional non-exempt personal property belonging solely to Raul Salvagno, as should come into the Garnishee's possession or control in the future until the above-referenced judgment is either paid in full, or otherwise satisfied, and that the Garnishee pay over such property to plaintiff.

Dated:    May **4**, 2005
           Syracuse, New York

_____
UNITED STATES MAGISTRATE JUDGE